**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Hector SOTO, Defendant–Appellant.**

**No. 06–41651
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 24, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

R. 47.5.4.

Mervyn M. Mosbacker, Jr., Mosbacker Law Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Having pleaded guilty, Hector Soto contests his 120–month sentence for harboring more than 100 illegal aliens for private financial gain, in violation of 8 U.S.C. § 1324. Soto contends for the first time on appeal that the district court erred by increasing his sentence based on hearsay and unsworn statements in violation of his Sixth Amendment right to confront witnesses, as set forth in *Crawford v. Washington*, 541 U.S. 36, 124 S.Ct. 1354, 158 L.Ed.2d 177 (2004).

Our review is only for plain error. There was no error because the Confrontation Clause does not apply at sentencing. *United States v. Mitchell,* 484 F.3d 762, 776 (5th Cir.2007); *United States v. Beydoun,* 469 F.3d 102, 108 (5th Cir.2006). Restated, Soto's *Crawford* claim is foreclosed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.